Case 1:23-cv-05257-PGG Document 16 Filed 11/08/23 Page 1 of 1

32BJ SEIU
Stronger Together
SERVICE EMPLOYEES INTERNATIONAL UNION CTW, CLC

**MANNY PASTREICH**
President

**JOHN SANTOS**
Secretary Treasurer

**ROXANA RIVERA**
Assistant to the President

**EXECUTIVE VICE PRESIDENTS**

SHIRLEY ALDEBOL
KEVIN BROWN
JAIME CONTRERAS
ROB HILL
DENIS JOHNSTON
GABE MORGAN
CANDIS TALL

**VICE PRESIDENTS**

DEAN DEVITA
ISRAEL MELENDEZ
ROCHELLE PALACHE
KEVIN STAVRIS

**Capital Area District**
Washington 202.387.3211
Baltimore 410.244.6299
Virginia 202.387.3211

**Connecticut District**
Hartford 860.560.8674
Stamford 203.674.9965

**Mid-Atlantic District 1201**
215.226.3600
215.923.5488
302.295.4814

**Florida District**
305.672.7071

**Hudson Valley District**
914.328.3492

**National Conference of Firemen and Oilers**
276.706.3210

**New England District 615**
617.523.6150

**New Jersey District**
973.824.3225

**Western Pennsylvania District**
412.471.0690

www.seiu32bj.org

November 8, 2023

**Via ECF**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

**Re: *SEIU, Local 32BJ v. Pritchard Industries* (23-cv-5257(PGG))**

Dear Judge Gardephe:

I submit this letter jointly on behalf of plaintiff Service Employees International Union, Local 32BJ and defendant Pritchard Industries (plaintiff and defendants are referred to herein as "Parties"). The Parties request an adjournment of the Pretrial Conference scheduled for November 9, 2023 (ECF 11). The Parties are available to reschedule the conference on December 7, 2023. The Parties are making this request in response to communications from the chambers. Thank you for your consideration of this request.

Respectfully,

/s/ Susan J. Cameron

Susan J. Cameron

cc: Harry Weinberg (via ECF)

MEMO ENDORSED

The Application is granted. The conference is rescheduled for Dec. 7, 2023 at 10:00 A.M.

SO ORDERED:

[signature]

Paul G. Gardephe, U.S.D.J.

Dated: Nov. 8, 2023